■ Louis C. Ostrer, Appellant, v Reader's Digest Association, Inc., et al., Respondents.—Appeal from an order of the Supreme Court, Nassau County, dated December 15, 1977, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court entered December 21, 1977, affirmed. No opinion. Defendants are awarded one bill of $50 costs and disbursements. Hopkins, J. P., Damiani, Titone and Lazer, JJ., concur.